IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETHEL STAMPER-KATO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No.<br>1:06cv00983 |

## CERTIFICATE PURSUANT TO RULE LCvR 7.1

I, the undersigned, counsel of record for Defendant, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of National Railroad Passenger Corporation which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: September 15, 2006

Respectfully submitted,

KRUCHKO & FRIES

By: _____
Keith Fischler
DC Bar No. 377601

Counsel for Defendant
National Railroad Passenger
Corporation

OF COUNSEL

KRUCHKO & FRIES
1750 Tysons Blvd, Suite 560
McLean, Virginia 22102
(703) 734-0554

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2006, I caused a copy of the foregoing Certificate Pursuant to Rule LCvR 7.1 to be served electronically on

    Woodley B. Osborne, Esq.
    Merhi & Skalet, PLLC
    Suite 400
    1300 19th Street, N.W.
    Washington, D.C. 20036

and by first-class mail, postage-prepaid on

    Woodley B. Osborne, Esq.
    Steven Skalet, Esq.
    Merhi & Skalet, PLLC
    Suite 400
    1300 19th Street, N.W.
    Washington, D.C. 20036

    Warren Kaplan, Esq.
    Susan Huhta, Esq.
    Washington Lawyers' Committee for
    Civil Rights and Urban Affairs
    11 Dupont Circle, N.W., Suite 400
    Washington, D.C. 20036

_/s/ Keith Fischler_
Keith Fischler