UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Ethel Stamper-Kato** | : | |
| Plaintiff, | : | Civil Action No. 06-983 (RMC) |
| v. | : | The Honorable Rosemary M. Collyer |
| **National Railroad Passenger Corp.,** | : | Next Event: |
| Defendant. | : | Initial Scheduling Conference 10/31/06 |

## NOTICE OF CHANGE OF FIRM ADDRESS

The Clerk of Court will please take notice that effective immediately, the undersigned counsel for Plaintiff has moved.  Please address all future pleadings, correspondence, etc. for this matter to the address listed below:

MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, D.C. 20036
Tel: (202) 822-5100
Fax: (202) 822-4997

Respectfully Submitted,

/s/
Woodley Osborne, Esq.
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, D.C. 20036
Tel: (202) 822-5100
Fax: (202) 822-4997

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing was made via US Mail First Class, postage prepaid, on this 22nd day of September, 2006, addressed to the following:

Keith Fischler
KRUCHKO & FRIES
1750 Tysons Blvd., Suite 560
McLean, Virginia 22102
Counsel for Defendant National Railroad Passenger Corporation

/s/
Woodley Osborne, Esq.
Mehri & Skalet, PLLC