**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ETHEL STAMPER-KATO** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **Civil Action No. 06-983 (RMC)** |
| **NATIONAL RAILROAD PASSENGER CORP.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**SCHEDULING ORDER**

The parties having appeared before the Court, through counsel, on October 31, 2006, and having previously filed their Report pursuant to Rule 16.3(d) of the Rules of this Court, it is this ___ day of October, 2006, hereby

ORDERED that the parties exchange initial disclosures pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, on or before November 14, 2006; and it is further

ORDERED that motions to amend the pleadings shall be filed on or before December 15, 2006; and it is further

ORDERED that discovery may be commenced immediately following the exchange of initial disclosures, and shall be completed by March 15, 2007; and it is further

ORDERED that the parties shall submit a recommendation regarding the use of the Court's alternative dispute resolution procedures within ___ days after the conclusion of discovery; and it is

ORDERED that dispositive motions shall be filed on or before April 20, 2007. Opposition to such motions shall be due on May 14, 2007, and a reply, if any, shall be

due on May 21, 2007. In the event that a dispositive motion is filed prior to April 20, 2007, the opposition to such motion shall be due twenty-eight days later, and a reply, if any, shall be due seven days after the filing of the opposition; and it is further

ORDERED that a pretrial conference shall be conducted, at the direction of the court, between April 20 and June 20, 2007, or thirty days after the resolution of any dispositive motion, whichever is later, at which time, the Court will set a trial date in this matter.

_____
Rosemary M. Collyer
U.S. District Judge

Copies to:

Woodley B. Osborne, Esq.
Mehri & Skalet
Suite 300
1250 Connecticut Avenue, N.W.
Washington, D.C. 20036

Keith S. Fischler, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, Virginia 22102