IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ETHEL STAMPER-KATO,      )
                   )
    Plaintiff,        )
                   )
  v.             )  Civil Action No.
                   )  1:06cv00983
NATIONAL RAILROAD PASSENGER )
  CORPORATION        )
                   )
    Defendant.       )
                   )

## STATEMENT OF THE CASE

Pursuant to the Order for Initial Scheduling Conference, dated September 18, 2006, the parties submit this statement of the case.

Plaintiff Ethel Stamper-Kato has been employed by defendant National Railroad Passenger Corporation ("Amtrak") since 1973. She is currently employed as District Manager, New Jersey Stations Operations.

In 1998, Ms. Stamper-Kato participated as a plaintiff in a class action suit against Amtrak, alleging race discrimination. This litigation was resolved by entry of a Consent Decree in September 1999.

In this case, Ms. Stamper-Kato alleges that Amtrak continued to discriminate against her because of her race after the conclusion of the 1998 lawsuit. Specifically, she asserts that since April 2004, she has applied unsuccessfully for "nearly a dozen" promotions. Plaintiff contends that she was qualified for all of these positions and, in each case, was better qualified than the successful candidate.

Amtrak denies that it has engaged in unlawful discrimination or retaliation. Instead, it asserts that it selected the best qualified candidate for each position, regardless of that candidate's race or any other protected criteria. Amtrak further asserts that Ms. Stamper-Kato was not qualified for all of the positions at issue in this case and that she was not as well qualified as the successful candidates for any of the vacancies.

Plaintiff's complaint relies on Title VII of the Civil Rights Act, 42 U.S.C. § 2000e, section 1981, 42 U.S.C. § 1981, and the D.C Human Rights Act, D.C. Code § 2-1401.1. Amtrak relies on the same statutes for its defenses.

Respectfully submitted,


Woodley B. Osborne
Bar No. 043406
Steven Skalet
Bar no. 359804
MEHRI & SKALET, PLLC
Suite 400
1300 19th Street, N.W.
Washington, D.C. 20036
202-822-5100

Warren Kaplan
Bar No. 34470
Susan Huhta
Bar No. 453478
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
202-319-1000


Counsel for the Plaintiff


Keith Fischler
Bar No. 377601
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, Virginia 22102
703-734-0554

Counsel for the Defendant

Dated: October 24, 2006