IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETHEL STAMPER-KATO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:06cv00983 |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, defendant National Railroad Passenger Corporation ("Amtrak") hereby submits its initial disclosures:

A.  Defendant may rely on the following individuals with discoverable information to support its defenses in this case:

Ethel Stamper-Kato
115-24 203rd Street
St. Albans, New York 11412

Ms. Stamper-Kato can be reached through Plaintiff's counsel.

Michael J. Gallagher
c/o National Railroad Passenger Corporation
60 Massachusetts Ave., N.E.
Washington, DC 20002

Joe DeVito
c/o National Railroad Passenger Corporation
60 Massachusetts Ave., N.E.
Washington, DC 20002

Mr. Gallagher and Mr. DeVito can be reached through Defendant's counsel.

B.  Defendants may rely on the following categories of documents to support its defenses in this case: Copies of these files are maintained by Defendants' counsel.

   Personnel files for Ethel Stamper-Kato

   Department file maintained by Michael Gallagher for Ms. Stamper-Kato

   EEO file for Ms. Stamper-Kato's external charge 171 2005 00453, filed February 14, 2005

   Payroll records for Ms. Stamper-Kato (January 2004-May 2006)

   National Railroad Passenger Corporation's Standards of Excellence

   Medical files for Ms. Stamper-Kato

   National Railroad Passenger Corporation's Anti-Discrimination, Anti-Harassment and Equal Opportunity/Affirmative Action policies

   Dispute Resolution Office files re complaint of Casandra Hyppolite against Ms. Stamper-Kato

   Dispute Resolution Office files re complaint of Ms. Stamper-Kato concerning salary and other matters

   Dispute Resolution Office files re complaint of Gail Binford-Mebane concerning job duties and earnings

   Applicant tracking history for Ms. Stamper-Kato listing the management positions she has applied for since 1999

   Job Posting files for the following positions:
   - No. 50188785, Assistant Superintendent Passenger Services, WAS
   - No. 50152296, Superintendent Passenger Services, WAS
   - No. 50193052, Vice President Passenger Service, WAS
   - No. 00349370, Assistant Superintendent Stations, WAS
   - No. 50153817, District Manager Stations, ORL
   - No. 50214567, Senior Director Customer Service Field Operations
   - No. 50188782, Assistant Superintendent Passenger Services, NYP
   - No. 50153809, District Manager Stations, NYP
   - No. 50153813, District Manager Stations, ATL
   - No. 50152291, Superintendent Passenger Services, NYP
   - No. 50004660, Assistant Superintendent Stations, PHL
   - No. 00310561, District Superintendent Empire Service, ALB

- No. 50214565, Director Customer Service Field Operations
- No. 00338042, Senior Director On Board Service and Station Operations

C.  Defendants do not claim damages.

D.  Defendants do not have any insurance agreement that would satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse Defendants for payments made to satisfy any judgment.

Dated: November 14, 2006

Respectfully submitted,

KRUCHKO & FRIES

By:  _____/s/_____
Keith Fischler
DC Bar No. 377601
Counsel for Defendant
National Railroad Passenger
Corporation

OF COUNSEL

KRUCHKO & FRIES
1750 Tysons Blvd, Suite 560
McLean, Virginia 22102
(703) 734-0554

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2006, I caused a copy of the foregoing Defendant's Initial Disclosures to be served electronically on

>    Woodley B. Osborne, Esq.
>    Merhi & Skalet, PLLC
>    Suite 400
>    1300 19th Street, N.W.
>    Washington, D.C. 20036

and by first-class mail, postage-prepaid on

>    Woodley B. Osborne, Esq.
>    Steven Skalet, Esq.
>    Merhi & Skalet, PLLC
>    Suite 400
>    1300 19th Street, N.W.
>    Washington, D.C. 20036
>
>    Warren Kaplan, Esq.
>    Susan Huhta, Esq.
>    Washington Lawyers' Committee for
>    Civil Rights and Urban Affairs
>    11 Dupont Circle, N.W., Suite 400
>    Washington, D.C. 20036

                                          /s/
                                    Keith Fischler