IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETHEL STAMPER-KATO,             ) | |
|        ) | |
| Plaintiff,      ) | |
|        ) | |
| v.           ) | Civil Action No. |
|        ) | 1:06cv00983 |
| NATIONAL RAILROAD PASSENGER    ) | |
| CORPORATION      ) | |
|        ) | |
| Defendant.     ) | |
|        ) | |

## JOINT MOTION TO EXTEND DISCOVERY

Plaintiff Ethel Stamper-Kato and defendant National Railroad Passenger Corporation, by their undersigned counsel, jointly move this Court for an Order extending the deadlines imposed by the Court's Scheduling Order, dated November 20, 2006.  The parties request that the Court allow the parties an additional month, or until April 13, 2007 to complete discovery.  The parties further request that the Court extend the deadlines governing dispositive motions and reschedule the Pretrial Conference, presently set currently scheduled for March 30, 2007.

The basis for this Motion is set forth in the attached Memorandum of Points and Authorities.

Respectfully submitted,


| | |
|---|---|
| /s/ Woodley Osborne | /s/ Keith Fischler |
| Woodley Osborne | Keith Fischler |
| D.C. Bar No. 043406 | D.C. Bar No. 377601 |
| MERHI & SKALET, PLLC | KRUCHKO & FRIES |
| Suite 400 | 1750 Tysons Blvd. |
| 1300 19th Street, N.W. | Suite 560 |
| Washington, D.C. 20036 | McLean, VA 22102 |
| | |
| Counsel for Plaintiff | Counsel for Defendant |
| Ethel Stamper-Kato | National Railroad Passenger Corporation |

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February 2007, I caused a copy of the foregoing

Joint Motion to Extend Discovery, Memorandum in Support and proposed Order to be served

electronically on

> Woodley B. Osborne, Esq.
> Merhi & Skalet, PLLC
> Suite 400
> 1300 19th Street, N.W.
> Washington, D.C. 20036

and by first-class mail, postage-prepaid on

> Warren Kaplan, Esq.
> Susan Huhta, Esq.
> Washington Lawyers' Committee for
> Civil Rights and Urban Affairs
> 11 Dupont Circle, N.W., Suite 400
> Washington, D.C. 20036

> /s/ Keith Fischler
> Keith Fischler