IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETHEL STAMPER-KATO,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br> NATIONAL RAILROAD PASSENGER  )<br>    CORPORATION  )<br>  )<br>    Defendant.  )<br>  ) | Civil Action No.<br>1:06cv00983 |

**MEMORANDUM IN SUPPORT OF**
**<u>JOINT MOTION TO EXTEND DISCOVERY</u>**

In support of their Joint Motion to Extend Discovery, Plaintiff Ethel Stamper-Kato and defendant National Railroad Passenger Corporation state as follows:

1. Plaintiff Stamper-Kato filed this action, alleging that defendant National Railroad Passenger Corporation ("Amtrak") denied her applications for promotions for discriminatory reasons.

2. Plaintiff's claims involve a considerable number of positions in a number of geographic locations. The parties' initial disclosures include nearly nine thousand pages of documents, which have been copied and exchanged. In addition, Amtrak has needed additional time to respond to Plaintiff's first discovery requests.

3. Counsel did not fully foresee the bulk of documents that would need to be produced and the amount of time that would be necessary to fully analyze and evaluate them. In short, the parties need additional time to review all the relevant documents and to prepare fully for depositions. Accordingly, the parties request an additional month, until April 13, 2007, to complete all necessary discovery. The parties also intend to

engage in settlement discussions after they have reviewed the relevant documents and discovery responses.

    4.    The parties further request that the Court extend the remaining deadlines stated in the November 20, 2006 Scheduling Order.

    5.    The parties propose the following revised schedule for dispositive motions:

|  | *Current due date* | *Proposed due date* |
|---|---|---|
| Dispositive motions due | April 20, 2007 | May 18, 2007 |
| Oppositions due | May 14, 2007 | June 11, 2007 |
| Reply briefs due | May 21, 2007 | June 18, 2007 |

    6.    The Court has also scheduled a Pretrial Conference on March 30, 2007 at 10 a.m. The parties request that the Court continue the date for this Pretrial Conference to a date after the new discovery cut-off date.

Respectfully submitted,

| | |
|---|---|
| /s/ Woodley Osborne | /s/ Keith Fischler |
| Woodley Osborne | Keith Fischler |
| D.C. Bar No. 043406 | D.C. Bar No. 377601 |
| MERHI & SKALET, PLLC | KRUCHKO & FRIES |
| Suite 400 | 1750 Tysons Blvd. |
| 1300 19th Street, N.W. | Suite 560 |
| Washington, D.C. 20036 | McLean, VA 22102 |
| | |
| Counsel for Plaintiff | Counsel for Defendant |
| Ethel Stamper-Kato | National Railroad Passenger Corporation |