IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETHEL STAMPER-KATO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No.<br>1:06cv00983 |

## **ORDER**

Upon review of the parties' Joint Motion to Extend Discovery and the Court being fully advised in the Premises,

IT IS HEREBY ORDERED that the Joint Motion is GRANTED; and

IT IS FURTHER ORDERED that discovery in this case shall conclude on April 13, 2007; and

IT IS FURTHER ORDERED that the schedule for dispositive motions is revised as follows: Dispositive motions shall be filed on or before May 18, 2007; opposition memoranda shall be filed on or before June 11. 2007 and reply briefs shall be filed on or before June 18, 2007; and

IT IS FURTHER ORDERED that the Court shall reschedule the Pretrial Conference presently set for March 30, 2007 at 10 a.m.

_____
Judge Rosemary M. Collyer

Dated: _____