IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETHEL STAMPER-KATO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No.<br>1:06cv00983 |

## SECOND JOINT MOTION TO EXTEND DISCOVERY

Plaintiff Ethel Stamper-Kato and defendant National Railroad Passenger Corporation, by their undersigned counsel, jointly move this Court for an Order extending the deadlines imposed by the Court's Scheduling Order, dated November 20, 2006 and extended by Order dated February 20, 2007.

The parties request that the Court allow the parties until May 31, 2007 to complete discovery. The parties further request that the Court extend the deadlines governing dispositive motions and reschedule the status conference, currently scheduled for April 20, 2007. The basis for this Motion is set forth in the attached Memorandum of Points and Authorities.

Respectfully submitted,

/s/ Woodley Osborne
Woodley Osborne
D.C. Bar No. 043406
MERHI & SKALET, PLLC
Suite 400
1300 19th Street, N.W.
Washington, D.C. 20036

Counsel for Plaintiff
Ethel Stamper-Kato

/s/ Keith Fischler
Keith Fischler
D.C. Bar No. 377601
KRUCHKO & FRIES
1750 Tysons Blvd.
Suite 560
McLean, VA 22102

Counsel for Defendant
National Railroad Passenger Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March 2007, I caused a copy of the foregoing Joint Motion to Extend Discovery, Memorandum in Support and proposed Order to be served electronically on

>Woodley B. Osborne, Esq.
>Merhi & Skalet, PLLC
>Suite 400
>1300 19th Street, N.W.
>Washington, D.C. 20036

and by first-class mail, postage-prepaid on

>Warren Kaplan, Esq.
>Susan Huhta, Esq.
>Washington Lawyers' Committee for
>Civil Rights and Urban Affairs
>11 Dupont Circle, N.W., Suite 400
>Washington, D.C. 20036

>/s/ Keith Fischler
>Keith Fischler