IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETHEL STAMPER-KATO,       )<br>                                           )<br>         Plaintiff,                     )<br>                                           )<br> v.                                        )<br>                                           )<br> NATIONAL RAILROAD PASSENGER )<br> CORPORATION                  )<br>                                           )<br>         Defendant.                  )<br>                                           ) | Civil Action No.<br>1:06cv00983 |

**MEMORANDUM IN SUPPORT OF**
**<u>SECOND JOINT MOTION TO EXTEND DISCOVERY</u>**

In support of their Second Joint Motion to Extend Discovery, Plaintiff Ethel Stamper-Kato and defendant National Railroad Passenger Corporation state as follows:

1.Plaintiff Stamper-Kato filed this action, alleging that defendant National Railroad Passenger Corporation ("Amtrak") denied her applications for promotions for discriminatory reasons.

2.Plaintiff needs to have surgery, which is now scheduled for April 2, 2007, or shortly thereafter. Her doctors have informed her that her surgery will likely require a six week period of recuperation. This will limit the Plaintiff's ability to participate in the discovery process and will delay the conduct of her deposition.

3.Defendant's counsel has a jury trial scheduled in Fairfax Count Circuit Court on April 24, 2007. This trial is currently scheduled to last two days. In addition, defendant's counsel is currently preparing two summary judgment briefs, which are due on April 2, 2007.

4.The parties requested additional time to complete discovery by Joint Motion, dated February 20, 2007. This Motion was granted by Order, dated February 20, 2007. The

parties do not believe, however, that this first extension will provide sufficient time to complete discovery.

    5.    In light of these commitments, the parties request additional time to complete the discovery. The parties request that the Court extend the discovery period until May 31, 2007.

    6.    The parties further request that the Court extend the remaining deadlines stated in the November 20, 2006 Scheduling Order.

    7.    The parties propose the following revised schedule for dispositive motions:

|  | *Current due date* | *Proposed due date* |
| --- | --- | --- |
| Dispositive motions due | May 18, 2007 | June 29, 2007 |
| Oppositions due | June 11, 2007 | July 23, 2007 |
| Reply briefs due | May 21, 2007 | July 30, 2007 |

    6.    The Court has also scheduled a status conference for April 20, 2007 at 10:15 a.m. The parties request that the Court continue the date for this conference to a date after the new discovery cut-off date.

Respectfully submitted,

| | |
| --- | --- |
| Woodley Osborne | Keith Fischler |
| MERHI & SKALET, PLLC | D.C. Bar No. 377601 |
| Suite 400 | KRUCHKO & FRIES |
| 1300 19th Street, N.W. | 1750 Tysons Blvd. |
| Washington, D.C. 20036 | Suite 560 |
| | McLean, VA 22102 |
| Counsel for Plaintiff | Counsel for Defendant |
| Ethel Stamper-Kato | National Railroad Passenger Corporation |