IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETHEL STAMPER-KATO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No.<br>1:06cv00983 |

## ORDER

Upon review of the parties' Joint Motion to Extend Discovery and the Court being fully advised in the Premises,

IT IS HEREBY ORDERED that the Joint Motion is GRANTED; and

IT IS FURTHER ORDERED that discovery in this case shall conclude on May 31, 2007; and

IT IS FURTHER ORDERED that the schedule for dispositive motions is revised as follows: Dispositive motions shall be filed on or before June 29, 2007; opposition memoranda shall be filed on or before July 23, 2007 and reply briefs shall be filed on or before July 30; 2007: and

IT IS FURTHER ORDERED that the Court shall reschedule the Status Conference currently scheduled for April 20, 2007 at 10:15 a.m.

_____
Judge Rosemary M. Collyer

Dated: _____

Copies to:

Woodley B. Osborne, Esq.
Mehri & Skalet
Suite 300
1250 Connecticut Avenue, N.W.
Washington, D.C. 20036

Keith S. Fischler, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, Virginia 22102