IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETHEL STAMPER-KATO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:06cv00983 |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT MOTION TO EXTEND DISCOVERY**

For the reasons set forth in the Memorandum of Points and Authorities, filed simultaneously herewith, Plaintiff, Ethel Stamper-Kato, and defendant, National Railroad Passenger Corporation, by their undersigned counsel, jointly move this Court for an Order allowing an additional month, or until June 30, 2007, to complete discovery. The parties further request that the Court extend the deadlines governing dispositive motions and reschedule the status conference, presently set for June 8, 2007.

Respectfully submitted,

_____/s/_____          _____/s/_____
Woodley Osborne                             Keith Fischler
D.C. Bar No. _____                         D.C. Bar No. 377601
MERHI & SKALET, PLLC                        KRUCHKO & FRIES
Suite 400                                   1750 Tysons Blvd.
1300 19th Street, N.W.                      Suite 560
Washington, D.C. 20036                      McLean, VA 22102

Counsel for Plaintiff                       Counsel for Defendant
Ethel Stamper-Kato                          National Railroad Passenger Corporation

Dated: May \_\_\_, 2007

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May 2007, I caused a copy of the foregoing Joint Motion to Extend Discovery, Memorandum in Support and proposed Order to be served electronically on Keith Fischler, Kruchko & Fries, 1750 Tysons Blvd., Suite 560, McLean, VA 22102

        /s/
Woodley B. Osborne