IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETHEL STAMPER-KATO,           )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>NATIONAL RAILROAD PASSENGER   )<br>     CORPORATION              )<br>                              )<br>     Defendant.               )<br>                              ) | Civil Action No.<br>1:06cv00983 |

**MEMORANDUM IN SUPPORT OF**
**JOINT MOTION TO EXTEND DISCOVERY**

For the reasons set forth below, the parties request that the Court enter an order extending the time for the completion of discovery by an additional thirty days, until June 30, 2007.

The Complaint in this case involves allegations of race discrimination and retaliation, principally focused on various applications for promotion submitted by Plaintiff. These applications involve a considerable number of positions in a number of geographic locations. The parties' initial disclosures comprise nearly nine thousand pages of documents. A substantial additional volume of documents, responsive to Plaintiff's discovery requests, were subsequently produced. As noted previously, Counsel did not fully foresee the bulk of documents that would need to be produced and the amount of time that would be necessary to fully analyze and evaluate them.

Matters have been further complicated by Plaintiff's surgery, which has put her largely out of commission, and by various legitimate scheduling conflicts that have

prevented the completion of depositions. One deposition has been conducted in behalf of the Plaintiff and another is tentatively scheduled for June 6th.

Counsel for the parties have been fully cooperative with each other and have, in addition to their efforts to complete discovery, begun settlement discussions. The conclusion of a settlement is not likely to be easy, but both sides believe it is worth some effort. Accordingly, it is anticipated that, in the immediate future time will be spent exploring this possibility in earnest.

For all of the foregoing reasons, the parties jointly request that the Court extend the discovery cutoff until June 30, 2007, and that it extend the remaining deadlines, as follows:

|  | *Current due date* | *Proposed due date* |
| --- | --- | --- |
| Discovery closed | May 31, 2007 | June 30, 2007 |
| Dispositive motions due | June 29, 20077 | July 27, 2007 |
| Oppositions due | July 23, 2007 | August 17, 2007 |
| Reply briefs due | July 30, 2007 | August 24, 2007 |

The Court has also scheduled a status conference on June 8, 2007 at 11:00 a.m. The parties accordingly also request that the Court continue the date for this conference to a date after the new discovery cut-off date.

- 3 -

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Woodley B. Osborne | Keith Fischler |
| Bar no. 043406 | D.C. Bar No. 377601 |
| MEHRI & SKALET, PLLC | KRUCHKO & FRIES |
| Suite 300 | Suite 400 |
| 1250 Connecticut Avenue, N.W. | 1750 Tysons Blvd. |
| Washington, D.C. 20036 | Counsel for Defendant |
| 202-822-5100 | National Railroad Passenger Corporation |
| Counsel for the Plaintiff, | |
| Ethel Stamper-Kato | |

Dated: May 25, 2007