IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ETHEL STAMPER-KATO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:06cv00983 |
| NATIONAL RAILROAD PASSENGER | ) | |
| CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION TO EXTEND DISCOVERY

Plaintiff Ethel Stamper-Kato and defendant National Railroad Passenger Corporation, by their undersigned counsel, jointly move this Court for an Order extending the deadlines imposed by the Court's Scheduling Order, and extended through June 30, 2007. The parties request that the Court allow the parties an additional time, until August 17, 2007 to complete discovery.

The parties also request that the Court extend the deadlines governing dispositive motions and reschedule the Pretrial Conference, currently scheduled for July 13, 2007, at 3:00 p.m.

The basis for this Motion is set forth in the attached Memorandum of Points and Authorities.

Respectfully submitted,


Woodley Osborne
MERHI & SKALET, PLLC
Suite 400
1300 19th Street, N.W.
Washington, D.C. 20036

Counsel for Plaintiff
Ethel Stamper-Kato

John G. Kruchko
KRUCHKO & FRIES
1750 Tysons Blvd.
Suite 560
McLean, VA 22102

Counsel for Defendant
National Railroad Passenger Corporation

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this ___th day of June 2007, I caused a copy of the foregoing Joint

Motion to Extend Discovery, Memorandum in Support and proposed Order to be served

electronically on

> Woodley B. Osborne, Esq.
> Merhi & Skalet, PLLC
> Suite 400
> 1300 19th Street, N.W.
> Washington, D.C. 20036

and by first-class mail, postage-prepaid on

> Warren Kaplan, Esq.
> Susan Huhta, Esq.
> Washington Lawyers' Committee for
> Civil Rights and Urban Affairs
> 11 Dupont Circle, N.W., Suite 400
> Washington, D.C. 20036

_____
Keith Fischler