IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETHEL STAMPER-KATO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No.<br>1:06cv00983 |

## MEMORANDUM IN SUPPORT OF
## JOINT MOTION TO EXTEND DISCOVERY

In support of their Joint Motion to Extend Discovery, Plaintiff Ethel Stamper-Kato and defendant National Railroad Passenger Corporation state as follows:

1. The Complaint in this case involves allegations of race discrimination and retaliation, principally focused on various applications for promotion submitted by Plaintiff. These applications involve a considerable number of positions in a number of geographic locations. The parties' initial disclosures comprise nearly nine thousand pages of documents. A substantial number of additional documents, responsive to plaintiff's first and second sets of discovery were subsequently produced.

2. The parties have commenced discovery and have taken one deposition.

3. The parties have also held settlement discussions and continue to work toward a negotiated settlement. Counsel for the parties have been fully cooperative with each other. Given the complexity and number of issues at stake these discussions have taken time and the parties need additional time to conduct further settlement talks.

4. Both parties believe that these discussions are worth additional effort. Accordingly the parties anticipate that they will continue to devote significant efforts, in the near future, to exploring settlement discussions.

5. In addition, defendant's lead counsel is leaving to take an in-house position. Defendant will continue to be represented by Kruchko and Fries, but new lead counsel will require additional time to take over the case fully. Defendant, therefore, also requests this extension to allow time for this transition.

For all of the foregoing reasons, the parties jointly request that the Court extend the discovery cutoff until August 17, 2007, and that it extend the remaining deadlines as follows:

|  | *Current due date* | *Proposed due date* |
|---|---|---|
| Dispositive motions due | July 27, 2007 | September 28, 2007 |
| Oppositions due | August 17, 2007 | October 19, 2007 |
| Reply briefs due | August 24, 2007 | October 26, 2007 |

6. The Court has also scheduled a Pretrial Conference on July 13, 2007, at 3 p.m. The parties request that the Court continue the date for this Pretrial Conference to a date after the new discovery cut-off date.

Respectfully submitted,

_____ _____

Woodley Osborne
MERHI & SKALET, PLLC
Suite 400
1300 19th Street, N.W.
Washington, D.C. 20036

Counsel for Plaintiff
Ethel Stamper-Kato

John G. Kruchko
KRUCHKO & FRIES
1750 Tysons Blvd.
Suite 560
McLean, VA 22102

Counsel for Defendant
National Railroad Passenger Corporation