IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETHEL STAMPER-KATO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL RAILROAD PASSENGER ) <br> CORPORATION ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. <br> 1:06cv00983 |

### ORDER

Upon review of the parties' Joint Motion to Extend Discovery and the Court being fully advised in the Premises,

IT IS HEREBY ORDERED that the Joint Motion is GRANTED; and

IT IS FURTHER ORDERED that the time period to conduct discovery in this case shall be extended through August 17, 2007; and

IT IS FURTHER ORDERED that the schedule for dispositive motions is revised as follows: Dispositive motions shall be filed on or before September 28, 2007, opposition memoranda shall be filed on or before October 19, 2007 and reply briefs shall be filed on or before October 26, 2007: and

IT IS FURTHER ORDERED that the Court shall reschedule the Status Conference currently scheduled for July 13, 207 at 3:00 p.m.

_____
Judge Rosemary M. Collyer

Dated: _____

Copies to:

Woodley B. Osborne, Esq.
Mehri & Skalet
Suite 300
1250 Connecticut Avenue, N.W.
Washington, D.C. 20036

John G. Kruchko, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, Virginia 22102