IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETHEL STAMPER-KATO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION )<br>)<br>Defendant. )<br>) | Civil Action No.<br>1:06cv00983 |

NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Keith Fischler will withdraw as counsel for defendant National Railroad Passenger Corporation in this case. Defendant National Railroad Passenger Corporation will continue to be represented by John G. Kruchko, Kruchko & Fries, 1750 Tysons Boulevard, Suite 560, McLean, VA 22102.

Respectfully submitted,

Dated: June 26, 2007

Respectfully submitted,

KRUCHKO & FRIES

By:_____/s/_____
John G. Kruchko

_____/s/_____
Keith Fischler

Counsel for Defendant
National Railroad Passenger
Corporation

OF COUNSEL

KRUCHKO & FRIES
1750 Tysons Blvd., Suite 560
McLean, Virginia 22102
(703) 734-0554

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June 2007, I caused a copy of the foregoing Notice of Withdrawal to be served electronically on

>Woodley B. Osborne, Esq.
>Merhi & Skalet, PLLC
>Suite 400
>1300 19th Street, N.W.
>Washington, D.C. 20036

and by first-class mail, postage-prepaid on

>Warren Kaplan, Esq.
>Susan Huhta, Esq.
>Washington Lawyers' Committee for
>Civil Rights and Urban Affairs
>11 Dupont Circle, N.W., Suite 400
>Washington, D.C. 20036

_____
Keith Fischler