IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETHEL STAMPER-KATO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:06cv00983 |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Defendant National Railroad Passenger Corporation will continue to be represented by John G. Kruchko, Kruchko & Fries, 1750 Tysons Boulevard, Suite 560, McLean, VA 22102.

Respectfully submitted,

Dated: June 27, 2007

Respectfully submitted,

KRUCHKO & FRIES

By:_____/s/_____
    John G. Kruchko

Counsel for Defendant
National Railroad Passenger
Corporation

OF COUNSEL

KRUCHKO & FRIES
1750 Tysons Blvd., Suite 560
McLean, Virginia 22102
(703) 734-0554

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June 2007, I caused a copy of the foregoing Notice of Appearance to be served electronically on

    Woodley B. Osborne, Esq.
    Merhi & Skalet, PLLC
    Suite 400
    1300 19th Street, N.W.
    Washington, D.C. 20036

and by first-class mail, postage-prepaid on

    Warren Kaplan, Esq.
    Susan Huhta, Esq.
    Washington Lawyers' Committee for
    Civil Rights and Urban Affairs
    11 Dupont Circle, N.W., Suite 400
    Washington, D.C. 20036

_____
Keith Fischler