IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETHEL STAMPER-KATO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL RAILROAD PASSENGER ) <br> CORPORATION ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. <br> 1:06cv00983 |

### JOINT MOTION TO EXTEND DISCOVERY
### AND FOR A REFERRAL TO MEDIATION

Plaintiff Ethel Stamper-Kato and defendant National Railroad Passenger Corporation, by their undersigned counsel, jointly move this Court for an Order referring this case to the Office of the Circuit Executive for the appointment of a mediator and extending the deadlines imposed by the Court's last Order, dated June 25, 2007, in order to allow time for mediation. The basis for this Motion is set forth in the attached Memorandum.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Woodley Osborne | John G. Kruchko |
| D.C. Bar No. 043406 | D.C. Bar No. 371260 |
| MERHI & SKALET, PLLC | KRUCHKO & FRIES |
| Suite 400 | 1750 Tysons Blvd. |
| 1300 19th Street, N.W. | Suite 560 |
| Washington, D.C. 20036 | McLean, VA 22102 |
| | |
| Counsel for Plaintiff | Counsel for Defendant |
| Ethel Stamper-Kato | National Railroad Passenger Corporation |

July 30, 2007

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July 2007, I caused a copy of the foregoing Joint Motion to Extend Discovery and Memorandum in Support to be served electronically on

>Woodley B. Osborne, Esq.
>Merhi & Skalet, PLLC
>Suite 400
>1300 19th Street, N.W.
>Washington, D.C. 20036

and by first-class mail, postage-prepaid on

>Warren Kaplan, Esq.
>Susan Huhta, Esq.
>Washington Lawyers' Committee for
>Civil Rights and Urban Affairs
>11 Dupont Circle, N.W., Suite 400
>Washington, D.C. 20036

                                    /s/
                                    John G. Kruchko