IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETHEL STAMPER-KATO,        )<br>                                              )<br>        Plaintiff,                       )<br>                                              )<br>v.                                          )      Civil Action No.<br>                                              )      1:06cv00983<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION                       )<br>                                              )<br>        Defendant.                     )<br>_____) | |

**MEMORANDUM IN SUPPORT OF
JOINT MOTION TO FURTHER EXTEND
DISCOVERY AND FOR A REFERRAL TO MEDIATION**

For the reasons set forth below, the parties hereby jointly request that the Court refer this case to the Office of the Circuit Executive for the appointment of a mediator, and enter an order extending the time for the completion of discovery until October 19, 2007.

As noted, in the parties' prior scheduling submissions, the Complaint in this case involves allegations of race discrimination and retaliation, principally focused on various applications for promotion submitted by Plaintiff, which have resulted in a considerable volume of document production. The parties have essentially completed the exchange of written discovery, but have not completed the conduct of depositions. Counsel have engaged in settlement discussions and believe that mediation would be worthwhile. Counsel have now secured authorization from their respective clients to proceed in this fashion.

Most importantly, the progress of this case has been severely effected by the recent departure of Defendant's counsel, Keith Fischler, to accept an in-house counsel position, and the resulting substitution of counsel. Defendant's counsel has thus been

- 2 -

required to commit an extensive amount of time to familiarize himself with the case, review depositions and discovery and absorb over ten thousand pages of documents. This process, which is of course necessary to engage in meaningful mediation as well as the completion of discovery, is continuing.

In order to allow time for mediation to occur, to accommodate various vacation schedules and to complete the substitution of counsel process, the parties jointly request that the Court extend the discovery cutoff until October 19, 2007, and that it extend the remaining deadlines, as follows:

|  | *Current due date* | *Proposed due date* |
|---|---|---|
| Discovery closed | August 17, 2007 | October 19, 2007 |
| Dispositive motions due | September 28, 2007 | November 9, 2007 |
| Oppositions due | October 19, 2007 | December 10, 2007 |
| Reply briefs due | October 26, 2007 | December 17, 2007 |

The Court has also scheduled a status conference on August 24, 2007 at 2:45 p.m.. The parties also request that the Court continue the date for this conference to a date after the new discovery cut-off date.

Respectfully submitted,

/s/
Woodley B. Osborne
Bar no. 043406
MEHRI & SKALET, PLLC
Suite 300
1250 Connecticut Avenue, N.W.
Washington, D.C. 20036
202-822-5100
Counsel for the Plaintiff,
Ethel Stamper-Kato

/s/
John G. Kruchko
D.C. Bar No. 371260
KRUCHKO & FRIES
Suite 400
1750 Tysons Blvd.
Counsel for Defendant
National Railroad Passenger Corporation

Dated: July 30, 2007