# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ethel Stamper-Kato** )<br><br>**Plaintiff,** )<br><br>**v.** )<br><br>**National Railroad Passenger Corp.** )<br><br>**Defendant.** ) | **Civil Action No. 06-983 (RMC)** |

## JOINT MOTION TO EXTEND PERIOD OF DISMISSAL WITHOUT PREJUDICE

The parties, through counsel, hereby move the Court for an Order extending for an additional thirty days the period during which this case shall remain dismissed without prejudice. As previously noted, this case has been settled. However, there has been some delay in consummating the final terms. Accordingly, the parties respectfully request entry of the above-described order.

Respectfully submitted,

Woodley B. Osborne, Esq.
Bar no. 043406
Mehri & Skalet
Suite 300
1250 Connecticut Avenue, N.W.
Washington, D.C. 20036
202-822-5100

John G. Kruchko, Esq.
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, Virginia 22102
703-734-0554

Dated: November 30, 2007