UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ETHEL STAMPER-KATO, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-983 (RMC) |
| NATIONAL RAILROAD PASSENGER CORP., | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The Court was advised that this case was settled and issued an Order on October 18, 2007, dismissing the case without prejudice for a period of 45 days. The parties have informed the Court that there has been some delay in consummating the final terms and request an additional thirty days to consummate the terms of settlement. In light of the parties' representations, the Court will vacate the previous 45-day Order [Dkt. # 20], and reissue an Order dismissing the case without prejudice to allow the parties to consummate their settlement.

Accordingly, it is hereby,

**ORDERED** that the Court's previous 45-day Order dismissing this case [Dkt. #20] is hereby **VACATED**; and it is;

**FURTHER ORDERED** that the parties' Joint Motion to Extend the Period of Dismissal Without Prejudice [Dkt. #21] is **GRANTED**.

The Complaint remains dismissed without prejudice for a period of 45 days from the date of this current Order. If settlement is not consummated within that 45-day period, the parties

may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed *with prejudice*.

**SO ORDERED.**

Dated: November 30, 2007                                        /s/
                                                                                ─────────────────────────
                                                                                ROSEMARY M. COLLYER
                                                                                United States District Judge