UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ethel Stamper-Kato**<br><br>   Plaintiff,<br><br>v.<br><br>**National Railroad Passenger Corp.**<br><br>   Defendant. | Civil Action No. 06-983 (RMC) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the undersigned attorneys for the parties, that the within case is hereby dismissed with prejudice.

_____
Woodley B. Osborne, Esq.
Bar no. 043406
Mehri & Skalet
Suite 300
1250 Connecticut Avenue, N.W.
Washington, D.C. 20036
202-822-5100
Counsel for the Plaintiff

_____
John G. Kruchko, Esq.
Bar no. 371260
Kruchko & Fries
1750 Tysons Blvd., Suite 560
McLean, Virginia 22102
703-734-0554

Counsel for the Defendant

Dated: January 15, 2008